# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Jamil Faied and Ali Alawai, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-00697 (GRB) (ST) |
| Trip Consultants U.S.A., Inc. and Francois Naaman, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 02/10/2021

/S/ David D. Barnhorn, Esq.
*Attorney's signature*

David D. Barnhorn (DB 9685)
*Printed name and bar number*

Law Office of Peter A. Romero PLLC
825 Veterans Highway, Suite B
Hauppauge, New York 11788
*Address*

dbarnhorn@romerolawny.com
*E-mail address*

(631) 257-5588
*Telephone number*

*FAX number*